Approved.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN R. TAYLOR, et al. | ) | Civil Action No: 3:16 cv 327 |
| | ) | |
| Plaintiffs, | ) | (Judge Zouhary) |
| | ) | (Magistrate Judge Knepp) |
| vs. | ) | |
| | ) | |
| FRANK E. FUMICH, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFFS'
CLAIMS AGAINST DEFENDANTS SOLOMON BERAKI, M.D.
AND MIDWEST INFECTIOUS DISEASE, INC. WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the voluntary dismissal of Plaintiffs' claims against Defendants, Solomon M. Beraki, M.D., and Midwest Infectious Disease, Inc., without prejudice.

Respectfully submitted,

/s/ Sabrina S. Sellers
Brant E. Poling (0063378)
Sabrina S. Sellers (0090558)
POLING LAW
300 East Broad Street, Suite 350
Columbus, Ohio 43215
Phone: (614) 737-2900
Facsimile: (614) 737-2929
E-mail: bpoling@poling-law.com
E-mail: ssellers@poling-law.com

Attorneys for Defendants Solomom M.
Beraki, M.D., and Midwest Infectious
Disease, Inc.

/s/ Thomas J. Intili
Thomas J. Intili, Trial Attorney (0036843)
Danielle A. Groves (0081136)
Mitchell J. Anderson (0086950)
INTILI & GROVES CO., L.P.A.
2300 Far Hills Avenue
Dayton, Ohio 45419-1549
(937) 226-1770; Fax: (937) 281-1562
E-mail: tom@igattorneys.com
        danielle@igattorneys.com
        mitch@igattorneys.com

Attorneys for Plaintiffs

| | |
|---|---|
| /s/ David H. Krause | /s/ Donald J. Moracz |
| David H. Krause (0070577) | Donald J. Moracz (0055369) |
| REMINGER CO., L.P.A. | REMINGER CO., L.P.A. |
| 65 E. State Street, 4th Floor | 237 W. Washington Row, Second Floor |
| Columbus, Ohio 43215 | Sandusky, Ohio 44870 |
| (614) 228-1311 | (419) 609-1311 |
| (614) 232-2410 – facsimile | (419) 626-4805 - facsimile |
| dkrause@reminger.com | dmoracz@reminger.com |
| | |
| Attorney for Defendants Pavan K. Punukollu, M.D. and Lima Radiological Associates, Inc. | Attorney for Defendants Frank E. Fumich, M.D. and Orthopedic Institute of Ohio, Inc. |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Voluntary Dismissal of Defendants Solomon Beraki, M.D. and Midwest Infectious Disease, Inc. without Prejudice was served on the date of filing by and through the Court's CM/ECF system upon the following:

Brant E. Poling, Esq.
Sabrina S. Sellers, Esq.
POLING LAW
300 East Broad St., Ste. 350
Columbus, OH 43215
*Attorneys for Defendants,*
*Solomon M. Beraki, M.D. and*
*Mid West Infectious Disease, Inc.*

David H. Krause, Esq.
REMINGER CO., L.P.A.
200 Civic Center Drive, 8th Floor
Columbus, OH 43215
*Attorney for Defendants,*
*Pavan Punukollu, M.D., and*
*Lima Radiological Associates*

Donald J. Moracz, Esq.
REMINGER CO., L.P.A.
237 W. Washington Row, 2nd Floor
Sandusky, OH 44870
*Attorney for Defendants, Frank Fumich,*
*M.D., and Orthopedic Institute of Ohio*

/s/ Thomas J. Intili
Thomas J. Intili, Trial Attorney for Plaintiffs